UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                              2:13-cr-60-FtM-29UAM

DONAL DORVILUS
_____

## **OPINION AND ORDER**

On September 5, 2013, United States Magistrate Judge Douglas N. Frazier submitted a Report and Recommendation (Doc. #38) recommending that defendant's Motion to Suppress Identification Evidence (Doc. #25) be denied. Defendant filed Objections (Doc. #42) to the Report and Recommendation, and the transcript of the evidentiary hearing was filed on October 22, 2013 (Doc. #47). For the reasons set forth below, the objections are overruled.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); United States v. Powell, 628 F.3d 1254, 1256 (11th Cir. 2010). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). See also United States v. Farias-Gonzalez, 556 F.3d 1181, 1184 n.1 (11th Cir. 2009). This requires that the district

judge "give fresh consideration to those issues to which specific objection has been made by a party."  Jeffrey S. v. State Bd. of Educ. of Ga., 896 F.2d 507, 512 (11th Cir. 1990) (quoting H.R. 1609, 94th Cong., § 2 (1976)).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994). A district court may not reject the credibility determinations of a magistrate judge without personally rehearing disputed testimony from the witness.  Powell, 628 F.3d at 1256-58.

Defendant asserts that the photographic line-ups in this case were unduly suggestive, not sufficiently reliable, and will lead to a substantial likelihood of misidentification; that the officers conducting the line-ups engaged in conduct which further caused the procedure to be unduly suggestive; that any identification resulting from these procedures is inherently unreliable; that any in-court identification by the witnesses presented with the photographic line-ups would be tainted and unreliable; and that the Due Process Clause of the Fifth Amendment precludes the admission of either in-court or pre-trial identifications.  The Report and Recommendation rejects these arguments.  After independent review of the transcript, the Court agrees with the magistrate judge.

Accordingly, the Court will adopt the Report and Recommendation, and will deny the motion to suppress.

Accordingly, it is now

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. #38) is **accepted and adopted,** and it is specifically incorporated into this Opinion and Order.

2. Defendant's Motion for Pre-Trial Suppression (Doc. #25) is **DENIED.**

**DONE AND ORDERED** at Fort Myers, Florida, this __31st__ day of October, 2013.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
DCCD